**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 14-cr-0060-WJM-1

UNITED STATES OF AMERICA

     Plaintiff,

v.

**1.    WALTER R. FRANK**

     Defendant.

---

**ORDER GRANTING CJA EX PARTE MOTION FOR TRAVEL EXPENSES**

---

This matter comes before the Court on the Defense Counsel Stephen Laiche's Motion for Travel Expenses, filed November 24, 2014 (ECF No. 67). The Court has reviewed the Motion and being fully advised hereby ORDERS as follows:

The Defense Counsel's Motion is GRANTED. Mr. Stephen Laiche is permitted to file a request for reimbursement pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, which seeks reimbursement for travel expenses including lodging and milage incurred as a result of the December 12, 2014 Change of Plea Hearing for Defendant Walter R. Frank.

Dated this 24th day of November, 2014.

                                                     BY THE COURT:

                                                   William J. Martínez
                                                   United States District Judge